**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| RICHARD D. LESLIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:09-cv-1588-WTL-JMS |
| | ) | |
| | ) | |
| JOHN E. POTTER, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Denying Motion for Appointment of Counsel**

The plaintiff's motion for the appointment of counsel has been considered. Litigants requesting that counsel be recruited must show as a threshold matter that they made a reasonable attempt on their own to secure private counsel. *Gil v. Reed,* 381 F.3d 649, 656 (7th Cir. 2004); *Zarnes v. Rhodes,* 64 F.3d 285, 288 (7th Cir. 1995). The court must deny "out of hand" a request for counsel made without a showing of such effort. *Farmer v. Haas,* 990 F.2d 319, 321 (7th Cir. 1993). The plaintiff's single sentence motion does not indicate that he has made any attempt to obtain counsel. Accordingly, the plaintiff's motion for the appointment of counsel (dkt 13) must be **denied.**

   **IT IS SO ORDERED.**

Date:  03/16/2010

Distribution:

Debra G. Richards
UNITED STATES ATTORNEY'S OFFICE
debra.richards@usdoj.gov

RICHARD D. LESLIE
9119 Prairie Ridge Place
Indianapolis, IN 46256-3498

 Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana